Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Laura E. Goolsby (SBN 321721)
Laura.Goolsby@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

*Attorneys for Plaintiff Kathy Tatick*

Richard B. Hopkins, II (SBN 190108)
rhopkins@maynardcooper.com
MAYNARD COOPER & GALE LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:  310-596-4500

Thomas W. Thagard (AL Bar No. 2000-D62T)*
tthagard@maynardcooper.com
James C. Lester (AL Bar No. 4477-M68L)*
jlester@maynardcooper.com
S. Reeves Jordan (NY Bar No. 5639315)*
rejordan@maynardcooper.com
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203
Telephone: 205-254-1000
*Pro Hac Vice Application Forthcoming*

*Attorneys for Defendant 21st Mortgage Corporation*
AttnysFor

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY TATICK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>21ST MORTGAGE CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 3:23-CV-00108-DMS-BLM<br><br>**JOINT STIPULATION AS TO FILING OF AMENDED COMPLAINT**<br><br>Complaint Filed:  November 18, 2022 |

Plaintiff Kathy Tatick ("Plaintiff") and Defendant 21st Mortgage Corporation ("21st Mortgage") respectfully submit this Joint Stipulation to the Court.

On or about November 18, 2022, Plaintiff commenced this putative class action by filing her Class Action Complaint in the Superior Court of the State of California, County of San Diego, titled *Kathy Tatick v. 21st Mortgage Corp. et al.*, Case No. 37-2022-00046802-CU-NP-CTL (the "Action"). 21st Mortgage removed the Action to this Court on January 20, 2023. ECF No. 1.

Pursuant to this Court's Civil Pretrial & Trial Procedures, Rule 6.A., the parties conferred informally on January 27, 2023 to discuss 21st Mortgage's forthcoming Fed. R. Civ. P. 12(b)(6) motion to dismiss the Complaint for failure to state a claim.

The parties now stipulate that, on or before April 14, 2023, Plaintiff shall file a First Amended Complaint or voluntarily dismiss the Action. The parties further stipulate that, pursuant to this Court's Civil Pretrial & Trial Procedures, Rule 6.A., the time for 21st Mortgage to file a responsive pleading to the Complaint is tolled until the filing of Plaintiff's First Amended Complaint.

DATED: February 22, 2023.

*/s/ Tarek H. Zohdy*
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Laura E. Goolsby (SBN 321721)
Laura.Goolsby@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

*Attorneys for Plaintiff Kathy Tatick*

1
2   */s/ Richard B. Hopkins, II*
3   Richard B. Hopkins, II (SBN 190108)
    rhopkins@maynardcooper.com
    MAYNARD COOPER & GALE LLP
4   10100 Santa Monica Boulevard, Suite 550
    Los Angeles, CA 90067
5   Telephone: 310-596-4500

6   Thomas W. Thagard (AL Bar No. 2000-D62T)*
    tthagard@maynardcooper.com
7   James C. Lester (AL Bar No. 4477-M68L)*
    jlester@maynardcooper.com
8   S. Reeves Jordan (NY Bar No. 5639315)*
    rejordan@maynardcooper.com
9   MAYNARD, COOPER & GALE, P.C.
    1901 Sixth Avenue North, Suite 1700
10  Birmingham, Alabama 35203
    Telephone: 205-254-1000
11  *Pro Hac Vice Application Forthcoming*

12  *Attorneys for Defendant 21st Mortgage Corporation*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28